UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TINA SHIELDS,

            Plaintiff,

    v.

BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,

            Defendant.

CASE NO. C04-928JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court orders that the parties shall file motions in limine no later than August 29, 2005, and note them for consideration no later than September 9, 2005.

    The court advises the parties that it has preliminarily considered Defendant's motion for summary judgment and is preparing an order. The court advises the parties that it is unlikely that its order on the motion will dispose of this action in its entirety. The parties should prepare for trial currently scheduled for September 19, 2005.

    Filed and entered this 10th day of August, 2005.

                                BRUCE RIFKIN, Clerk

                                By    s/Mary Duett
                                       Deputy Clerk

MINUTE ORDER